# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Raheem Jamal Henderson, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:14-2790-RMG |
| ) | |
| vs. ) | |
| ) | |
| Colleton County Fourteenth Circuit ) | |
| Solicitor's Office; Assistant Solicitor | |
| Mr. Ricky Evans, ) | **ORDER** |
| Defendants. ) | |
| ) | |
| ) | |

This matter comes before the Court on a Report and Recommendation ("R & R") from the Magistrate Judge recommending that this action be dismissed without prejudice and without issuance and service of process because of "the clear failure in the pleading to allege facts which set forth a claim cognizable in a federal district court." (Dkt. No. 9 at 2). Plaintiff was advised that any written objections to the R & R must be made within 14 days of the service of the R & R. (*Id.* at 7). Plaintiff was further advised that in the absence of timely written objections this Court would provide limited "clear error" review and Plaintiff would waive his right to appeal the judgment of the District Court. (*Id.*). No timely written objections were made.

The Court has reviewed the R & R, the pleading in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and properly summarized the factual and legal issues and appropriately recommended that the action should be dismissed because the clear failure to state a claim upon which relief could be granted in federal court. These findings and recommendations were made even after due consideration by the Magistrate Judge that

-1-

-2-

Plaintiff is self-representing and is entitled to a liberal standard for the review of his pleading. (*Id.* at 2). Therefore, the Court adopts the R & R as the order of this Court and hereby dismisses this action without prejudice and without issuance and service of process.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Court

Charleston, South Carolina
September 24, 2014